## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------------------X
                                                            )
BROADCAST MUSIC, INC.; UNIVERSAL -                          )
SONGS OF POLYGRAM INTERNATIONAL,                            )
INC.; SONY/ATV SONGS, LLC; THE                              )
BERNARD EDWARDS COMPANY LLC; EMI                            )
VIRGIN SONGS, INC. EMI LONGITUDE                            )
MUSIC; MOEBETOBLAMEMUSIC;                                   )
                                                            )
                Plaintiffs,                                 )    CIVIL ACTION NO.: 12-1413
                                                            )
        v.                                                  )
                                                            )
WOODPECKERS PUB AND GRUB, INC.                              )
d/b/a WOODPECKERS PUB AND                                   )
GRUB; DARLA A. WILLIAMS and                                 )
MICHAEL J. WILLIAMS, each                                   )
Individually,                                               )
                                                            )
                Defendants.                                 )
                                                            )
------------------------------------------------------------X
```

## FEDERAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1 Disclosure of the Western District of Pennsylvania and to enable Judge and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned Counsel for the Plaintiffs in the above-captioned action certified as follows:

| **Plaintiff** | **Parent Corporation or any publicly held corporation owning 10% or more of its stock** |
| --- | --- |
| Broadcast Music, Inc. ("BMI") | BMI certifies that Gannett Co., Inc., which is publicly held, owns indirectly through a wholly-owned subsidiary more than 10% of BMI's stock.  BMI has no publicly held parent companies, affiliates or subsidiaries, and there are no other publicly held companies that own 10% or more of BMI's stock. |

EMI Virgin Songs, Inc. d/b/a                    EMI Group Global Ltd.
EMI Longitude Music

Sony/ATV Songs LLC                               Sony Music Entertainment, Inc.

Universal-Songs of Polygram                      Vivendi SA
International, Inc.


                                                 /s/Jonathan S. McAnney_____
                                                 Pa. ID #50041
                                                 TUCKER ARENSBERG, P.C.
                                                 1500 One PPG Place
                                                 Pittsburgh, PA 15222

LIT:539545-1 005068-157452