IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | CIVIL ACTION NO. 12-1413 |
| Plaintiffs, | |
| v. | |
| WOODPECKERS PUB AND GRUB, INC., et al., | |
| Defendants. | |

## CONSENT JUDGMENT

Plaintiffs having filed an action for copyright infringement against Defendants, the Parties now request entry of this Judgment.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Defendants shall pay the Plaintiffs the settlement amounts as set forth in the Confidential Settlement Agreement and Mutual Release which has been executed by them.

2. As security for the payments contemplated in the Confidential Settlement Agreement and Mutual Release, Defendants consent to a Judgment being entered in favor of Plaintiffs and against Defendants in the amount of $12,000.00, plus interest from April 29, 2013.

3. This Court shall retain jurisdiction over this matter for enforcement of this Judgment.

_____, 2013.

_____
UNITED STATES DISTRICT JUDGE

LIT:543926-1005068-157452

Approved As To Form and Content:

By: _____
    Lisa M. Wampler, Esq.
    COHEN SEGLIAS PALLAS
    GREENHALL & FURMAN, PC
    707 Grant Street, 18th Floor
    The Gulf Tower
    Pittsburgh, PA 15219
    Tel: 412.434.5530
    Fax: 412.434.5565
    Email: lwampler@cohenseglias.com
    Attorney for Defendants

WOODPECKERS PUB AND GRUB, INC.

By: _____
    Darla A. Williams, President
    3500 7th Street Road
    New Kensington, PA 15068-1764

_____
Michael J. Williams
3500 7th Street Road
New Kensington, PA 15068-1764


Approved As To Form and Content:

By: _____
    Jonathan S. McAnney, Esq.
    TUCKER ARENSBERG
    1500 One PPG Place
    Pittsburgh, PA 15222
    Tel: 412.594.5584
    Fax: 412.594.5619
    Email: jmcanney@tuckerlaw.com
    Attorney for Plaintiffs

BROADCAST MUSIC, INC., for itself and its co-Plaintiffs

By: _____
    John Coletta
    Broadcast Music, Inc.
    7 World Trade Center
    250 Greenwich Street
    New York, New York 10007
    212. 220.3152