IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) | CIVIL ACTION NO. 12-1413 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WOODPECKERS PUB AND GRUB, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT JUDGMENT

Plaintiffs having filed an action for copyright infringement against Defendants, the Parties now request entry of this Judgment.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Defendants shall pay the Plaintiffs the settlement amounts as set forth in the Confidential Settlement Agreement and Mutual Release which has been executed by them.

2. As security for the payments contemplated in the Confidential Settlement Agreement and Mutual Release, Defendants consent to a Judgment being entered in favor of Plaintiffs and against Defendants in the amount of $12,000.00, plus interest from April 29, 2013.

3. This Court shall retain jurisdiction over this matter for enforcement of this Judgment.

_June 7_____, 2013.

_____
UNITED STATES DISTRICT JUDGE

LIT:543926-1005068-157452

Approved As To Form and Content:

By: *Lisa M Wampler*            WOODPECKERS PUB AND GRUB, INC.

Lisa M. Wampler, Esq.
COHEN SEGLIAS PALLAS
GREENHALL & FURMAN, PC
707 Grant Street, 18th Floor
The Gulf Tower
Pittsburgh, PA 15219
Tel: 412.434.5530
Fax: 412.434.5565
Email: lwampler@cohenseglias.com
Attorney for Defendants

By: *signature*

Darla A. Williams, President
3500 7Th Street Road
New Kensington, PA 15068-1764

*signature*

Michael J. Williams
3500 7Th Street Road
New Kensington, PA 15068-1764


Approved As To Form and Content:

By: *signature*

Jonathan S. McAnney, Esq.
TUCKER ARENSBERG
1500 One PPG Place
Pittsburgh, PA 15222
Tel: 412.594.5584
Fax: 412.594.5619
Email: jmcanney@tuckerlaw.com
Attorney for Plaintiffs

BROADCAST MUSIC, INC., for itself and its co-Plaintiffs

By: *signature*

John Coletta
Broadcast Music, Inc.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
212. 220.3152