IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) | CIVIL ACTION NO. 12-1413 |
| Plaintiffs, ) | |
| v. ) | |
| WOODPECKERS PUB AND GRUB, INC., ) et al., ) | |
| Defendants. ) | |

## SATISFACTION OF JUDGMENT

To Clerk of Courts:

    Kindly satisfy the judgment as to all Defendants in the above-captioned action.

TUCKER ARENSBERG, P.C.

/s/ Jonathan S. McAnney
Jonathan S. McAnney, Esquire
1500 One PPG Place
Pittsburgh, PA 15222